No. 90–702. COOK *v.* BARRATT AMERICAN, INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–1176. ILLINOIS *v.* BERNASCO. Sup. Ct. Ill. Certiorari denied.

No. 90–1184. QUALITY TECHNOLOGY CO. *v.* STONE & WEBSTER ENGINEERING CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–1324. NEVADA *v.* JAMISON, DIRECTOR, BUREAU OF LAND MANAGEMENT, DEPARTMENT OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–1340. SIMPSON *v.* SIMPSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1384. BOBST *v.* NORFOLK SOUTHERN CORP. ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 90–1385. ANGLADA-ALVAREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–1388. DEMPSEY ET AL. *v.* BENDIBURG; INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF BENDIBURG, DECEASED. C. A. 11th Cir. Certiorari denied.

No. 90–1498. GARDNER, INDIVIDUALLY AND AS EXECUTIVE DIRECTOR OF THE FLORIDA DEPARTMENT OF NATURAL RESOURCES, ET AL. *v.* BATEMAN. C. A. 11th Cir. Certiorari denied.

No. 90–1500. TODA *v.* CITY AND COUNTY OF HONOLULU. C. A. 9th Cir. Certiorari denied.